

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00941-CV

Randy Tyrease **JOY**,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL**, Child Support Division,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-02-29086-CV
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: June 20, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on May 10, 2024. On May 29, 2024, we ordered appellant to file his brief and to show cause in writing by June 10, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM